# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Kenneth Paul Larson,             Civil No. 09-1147 (RHK\SRN)

          Plaintiff,          **ORDER TO REMAND TO MINNESOTA STATE DISTRICT COURT**

v.

Rodirek Ray Steele,

          Defendant.

---

Based upon the Stipulation to Remand (Doc. No. 7) and agreement of the parties, **IT IS ORDERED** that this matter is hereby **REMANDED** to the Sherburne County District Court, State of Minnesota.

Dated: June 11, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge